# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RICHARD MARTIN WILSON  
BRIDGET MARIE WILSON  
505 E TALLMADGE AVE  
AKRON, OH  44310  

Case No:   05-65399

Judge:   John E. Hoffman Jr.

SSN(S):   XXX-XX-3131  
XXX-XX-6245

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   September 23, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| RICHARD MARTIN WILSON & BRIDGET MARIE WILSON<br>505 E TALLMADGE AVE<br>AKRON, OH  44310 | 10.68 |